# SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF ADMINISTRATIVE SUBPOENAS TO BANK OF AMERICA, WELLS FARGO, U.S. BANK, J.P. MORGAN CHASE & CO., AMERICAN BANK OF MONTANA, COLONIAL BANK, TCF BANK, AND TOWN AND COUNTRY BANK<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>100 F STREET, N.E.<br>WASHINGTON, D.C. 20549 | Case No. 2:13-cv-00129-MMD-NJK |

### ORDER SEALING RECORDS
(FILED UNDER SEAL)

Upon consideration of the Application of the United States Securities and Exchange Commission (the "Commission") for an order pursuant to Section 21(h)(5) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u(h)(5), it appearing to the Court that this matter involves an Application by the Commission seeking an Order pursuant to Section 21(h)(4) of the Exchange Act, 15 U.S.C. § 78u(h)(4),

IT IS HEREBY ORDERED that all records related to this matter shall be sealed until further order of this court, except for the clerk's issue of copies of Orders to the Commission for its use and for service.

Dated: January 24, 2013

_____
UNITED STATES DISTRICT JUDGE