# SEALED

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*



2013 JAN 23 P 2: 49

Attorneys for the United States.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF ADMINISTRATIVE SUBPOENAS TO BANK OF AMERICA, WELLS FARGO, U.S. BANK, J.P. MORGAN CHASE & CO., AMERICAN BANK OF MONTANA, COLONIAL BANK, TCF BANK, AND TOWN AND COUNTRY BANK <br><br> UNITED STATES SECURITIES AND EXCHANGE COMMISSION 100 F STREET, N.E. WASHINGTON, D.C. 20549 | 2:13-cv-00129-MMD-NJK |

## MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

### (FILED UNDER SEAL)

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Angela L. Sierra to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Sierra is an attorney with the Securities and Exchange Commission, an agency of the federal government. Ms. Sierra is a member in good standing of the Illinois State Bar (No. 6257196).

The following contact information is provided to the Court:

>Angela L. Sierra
>Senior Counsel
>Division of Enforcement
>Securities and Exchange Commission
>100 F Street N.E.
>Washington, DC 20549
>(202) 551-4833
>(202) 772-9228
>sierraa@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Ms. Sierra to practice before this honorable Court.

Respectfully submitted this 23rd day of January 2013.

>DANIEL G. BOGDEN
>United States Attorney
>
>/s/ Blaine Welsh
>BLAINE T. WELSH
>Assistant United States Attorney

**IT IS SO ORDERED:**

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: January 24, 2013