DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone (702) 388-6336
Facsimile (702) 388-6787
Email *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF ADMINISTRATIVE SUBPOENAS TO BANK OF AMERICA, WELLS FARGO, U.S. BANK, J.P. MORGAN CHASE & CO., AMERICAN BANK OF MONTANA, COLONIAL BANK, TCF BANK, AND TOWN AND COUNTRY BANK<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>100 F STREET N.E.<br>WASHINGTON, D.C. 20549 | Case No. 2:13-cv-00129-MMD-NJK |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Timothy N. England and Stephen W. Simpson to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. England and Mr. Simpson are attorneys with the Securities and Exchange Commission, an agency of the federal government. Mr. England is a member in good standing of the California State Bar (No. 140332). Mr. Simpson is a member in good standing of the District of Columbia Bar (No. 501341).

The following contact information is provided to the Court:

Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
Fax: (202) 772-9228

Timothy N. England
Phone: 202.551.4969
englandt@sec.gov

Stephen W. Simpson
Phone: 202.551.4513
simpsons@sec.gov

Accordingly, the United States respectfully requests that an order be issued allowing Timothy N. England and Stephen W. Simpson to practice before this honorable Court.

Respectfully submitted this 11th day of December 2013.

DANIEL G. BOGDEN
United States Attorney

 /s/  Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

DATED: December 12, 2013

2