Stephen W. Simpson
Timothy N. England
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
Fax: 202.772.9228
simpsons@sec.gov /  Tel. 202.551.4513
englandt@sec.gov  /  Tel. 202.551.4969

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **IN THE MATTER OF ADMINISTRATIVE SUBPOENAS TO BANK OF AMERICA, WELLS FARGO, U.S. BANK, J.P. MORGAN CHASE & CO., AMERICAN BANK OF MONTANA, COLONIAL BANK, TCF BANK, AND TOWN AND COUNTRY BANK** | Civil No. 2:13-CV-129-MMD-(NJK) **VOLUNTARY NOTICE OF DISMISSAL** |
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION 100 F STREET, N.E. WASHINGTON, D.C.  20549** | |

The Securities and Exchange Commission ("Commission") respectfully requests that this honorable Court dismiss the above-captioned matter.

On January 23, 2013, the Commission moved *in camera*, pursuant to Section 21(h)(5) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(h)(5), for an *ex parte* order delaying for 90 days the notice required by the Right to Financial Privacy Act of 1978 when the Commission seeks customer financial records.  The Court granted the motion on January 24, 2013.  After the Court granted a request for a 90-day extension, the Commission was required to provide customer notice

of its subpoenas for financial records by July 24, 2013.  The Commission provided the required notices on July 17, 2013.  This Court then unsealed the record on July 22, 2013, and placed a redacted copy of the Commission's initial filings on the publicly-available docket.

    Accordingly, there is nothing more to be done in this matter and the Commission respectfully requests that it be closed.

Date:  January 8, 2014                            By:

                                                       */s/ Stephen W. Simpson*
                                                       Stephen W. Simpson
                                                       Timothy N. England

                                                       U.S. Securities and Exchange Commission
                                                       100 F Street, N.E.
                                                       Washington, DC 20549
                                                       Fax: 202.772.9228
                                                       simpsons@sec.gov /  Tel. 202.551.4513
                                                       englandt@sec.gov  /  Tel. 202.551.4969

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  January 8, 2014